Same case below, 361 Fed. Appx. 389.

**No. 09-11520. Charles Zacharie, Petitioner v. M. Chirila, et al.**

562 U.S. 885, 131 S. Ct. 214, 178 L. Ed. 2d 129, 2010 U.S. LEXIS 7031.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 362 Fed. Appx. 586.

**No. 09-11521. Wayne Allen Biggins, Petitioner v. United States.**

562 U.S. 885, 131 S. Ct. 214, 178 L. Ed. 2d 129, 2010 U.S. LEXIS 6937.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 374 Fed. Appx. 908.

**No. 09-11522. Alexander M. Introcaso, Petitioner v. Patrick L. Meehan, et al.**

562 U.S. 885, 131 S. Ct. 214, 178 L. Ed. 2d 129, 2010 U.S. LEXIS 6990, ▮

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 338 Fed. Appx. 139.

**No. 09-11523. Carlton J. Blount, Petitioner v. United States.**

562 U.S. 885, 131 S. Ct. 214, 178 L. Ed. 2d 129, 2010 U.S. LEXIS 7095.

October 4, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 983 A.2d 1064.

**No. 09-11524. Bobby R. Durham, Petitioner v. Charlie Crist, Governor of Florida, et al.**

562 U.S. 885, 131 S. Ct. 214, 178 L. Ed. 2d 129, 2010 U.S. LEXIS 6777.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-11525. John C. Duvall, Petitioner v. George Lombardi, Director, Missouri Department of Corrections, et al.**

562 U.S. 886, 131 S. Ct. 214, 178 L. Ed. 2d 129, 2010 U.S. LEXIS 6771.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-11526. Warren Chase, Petitioner v. Gary D. Maynard, Secretary, Maryland Department of Public Safety and Correctional Services, et al.**

562 U.S. 886, 131 S. Ct. 215, 178 L. Ed. 2d 129, 2010 U.S. LEXIS 6956, ▮

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 373 Fed. Appx. 348.

**No. 09-11528. Leonardo Del Valle-Mejia, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

562 U.S. 886, 131 S. Ct. 391, 178 L. Ed. 2d 129, 2010 U.S. LEXIS 7089.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.